IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-01-131-10**

**v.**

**LESLIE CARD**

## ORDER APPOINTING COUNSEL

Upon consideration of the Defendant's request for appointment of counsel, **IT IS HEREBY ORDERED THAT**:

1) Attorney Guillermo Bosch, 109 Hanover Street, New Oxford, PA 17350-1605, telephone number (717) 624-7161, is appointed to represent Defendant in the captioned action.

2) The Clerk of Court shall prepare the appropriate paperwork and forward it to Attorney Bosch as soon as possible.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated:  May 3, 2007.