IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                         CASE NUMBER: 1:01-CR-0131-10

vs.

Leslie Card


TYPE OF CASE: Criminal


TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:


Place: U.S. District Court          **\*Date and Time: December 18, 2007 @ 10:00 AM**
      Courtroom #3
      228 Walnut Street
      8th Floor, Federal Building
      Harrisburg, PA. 17101


Type of Proceeding: Arraignment/Guilty Plea


Date: November 26, 2007                         /s/ Mark J. Armbruster
                                                                             Deputy Clerk


CC:    Judge Sylvia H. Rambo
           Guillermo Bosch, Esq.
           Christy Fawcett, AUSA
           U.S. Marshal
           Federal Probation
           Wendy Yinger, Rptr.


\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.