IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                                   CASE NUMBER: 1:01-CR-0131-10

                    vs.

Leslie Card

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:

Place: U.S. District Court                    **\*Date and Time: December 27, 2007 @ 3:00 PM**
      Courtroom #3                                Previously set for December 18, 2007
      228 Walnut Street
      8th Floor, Federal Building
      Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Plea

Date: December 7, 2007                                        /s/ Mark J. Armbruster
                                                                                            Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Guillermo Bosch, Esq.
       Christy Fawcett, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.

\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.