```
                    UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 1:CR-01-131-01 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **LESLIE CARD AND** | ) | (ELECTRONICALLY FILED) |
| **JULIAN ARTHUR** | ) | |

## ORDER

**AND NOW**, this \_\_\_\_ day of December, 2007, upon consideration of the government's Unopposed Motion to Delay Initial Appearance and for the reasons stated therein, the Motion is hereby **GRANTED**. The defendants' initial appearance/arraignment will be conducted at 3 p.m., December 27, 2007, in Courtroom Number Three, Eighth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, PA 17101.

```
                              _____
                              SYLVIA H. RAMBO
                              U.S. District Court Judge
```