UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 1:CR-01-131-01 |
| ) | (Judge Rambo) |
| v. ) | |
| ) | |
| LESLIE CARD AND ) | |
| JULIAN ARTHUR ) | |

**O R D E R**

**AND NOW,** this 17th day of December, 2007, upon consideration of the government's Unopposed Motion to Delay Initial Appearance and for the reasons stated therein, the Motion is hereby **GRANTED.** The defendants' initial appearance/arraignment will be conducted at 3 p.m., December 27, 2007, in Courtroom Number Three, Eighth Floor, United States Courthouse, 228 Walnut Street, Harrisburg, PA 17101.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 U.S. District Judge