IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:01-CR-0131-10 |
| v. | : |
| LESLIE CARD | : |

P L E A

AND NOW, this 27th day of December, 2007, the defendant, LESLIE CARD, hereby pleads Guilty to Count-1 of the Indictment .

_____
(Signature of Defendant)

_____
(Signature of Counsel)