AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:CR-01-131-10 |
| LESLIE CARD<br>DOB: 8/12/69 | Judge Sylvia H. Rambo |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  LESLIE CARD, 125 malvern #3, Toronto, ON M1B 2H1

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with Conspiracy; mail fraud; wire fraud

in violation of Title **18** United States Code, Section(s) **371; 1341; 1343**

FILED
HARRISBURG, PA
JAN 15 2008

Mary E. D'Andrea
Name of Issuing Officer

[signature]
Signature of Deputy Clerk

Clerk, U.S. District Court  MARY E. D'ANDREA, CLERK
Title of Issuing Officer   Per

April 12, 2001 at Harrisburg, PA
Date and Location

Bail fixed at $ _____  by _____
                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>4-12-01 | NAME AND TITLE OF ARRESTING OFFICER<br>Mike Aleman<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>12/21/07 | | |