IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL |
| | : | |
| vs. | : | No: 01-CR-0131-10 |
| | : | (Hon. Sylvia H. Rambo, |
| **Leslie Card,** | : |           U.S.D.J.) |
|         **Defendant** | : | |
| | : | (Electronically Filed) |

### ORDER

**AND NOW**, this ____ day of February, 2008, upon consideration of the Defendant Leslie Card's Motion to Extend Time to File Objections to Pre-Sentence Investigation Report, and the government concurring with the granting of the said motion,

It is hereby **ORDERED** that the said Motion be, and it is hereby, **GRANTED**.

BY THE COURT:


Sylvia H. Rambo
**UNITED STATES DISTRICT JUDGE**