IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:01-CR-00131** |
| **v.** | : | **JUDGE SYLVIA H. RAMBO** |
| **LESLIE CARD** | : | |

## O R D E R

AND NOW, this 26th day of February, 2008, upon consideration of Defendant Leslie Card's motion for an extension of time to file objections to the pre-sentence investigation report and in light of the government's concurrence therein, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendant's objections to the pre-sentence investigation report shall be filed no later than April 10, 2008.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  February 26, 2008.